UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1029 (PAM/JGL)

LYNN BURCHETT,

Plaintiff,

v.

**PRETRIAL ORDER**

TARGET CORPORATION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2001;

2. Plaintiff shall disclose all expert witnesses by March 1,2002, and Defendant shall disclose all expert witnesses by April 1,2002; reports are due July 1, 2002, and August 1, 2002, respectively;

3. The period during which the parties may seek discovery shall be completed by September 1, 2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to October 1, 2002; and

6. This case will be considered "ready for trial" as of October 1, 2002.

DATED: September 10, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

SEP 10 2001
Filed
Richard D. Sletten, Clerk
Judgment Entd.
Deputy Clerk