**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

Civil Case No.: **0:01-CV-1029 PAM/JGL**

Burchett,

v

Target Corporation.

**IN RE:** **Notice of Reassignment of Magistrate Judge**
**NEW: 0:01-CV-1029 PAM/RLE**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above-entitled case to **U S District Court Magistrate Judge Raymond L. Erickson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment, please direct your inquiries to **Vicki Miller at 218 529 3520.**

DATE: **June 20, 2002**

**Richard D. Sletten, Clerk**

FILED June 20, 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______